JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

### CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

| Plaintiff(s): | Defendant(s): |
|---|---|
| First Listed Plaintiff: | First Listed Defendant: |
| Seasons Hospice, Inc., a Missouri Not for Profit Corporation ; | **Sylvia Mathews Burwell - Secretary of the United States Department of Health and Human Services ;** |
| **County of Residence:** Outside This District | **County of Residence:** Outside This District |
| | |
| | Additional Defendants(s): |
| | Andrew Slavitt - Acting Administrator for the Centers for Medicare & Medicaid Services ; |
| | CGS Administrators, LLC ; |

**County Where Claim For Relief Arose:** Greene County

| Plaintiff's Attorney(s): | Defendant's Attorney(s): |
|---|---|
| Michael James King ( Seasons Hospice, Inc., a Missouri Not for Profit Corporation) | |
| Winters & King, Inc. | |
| 2448 East 81st Street, Suite 5900 | |
| Tulsa, Oklahoma 74137-4259 | |
| **Phone:** 918-494-6868 | |
| **Fax:** 918-491-6297 | |
| **Email:** mking@wintersking.com | |
| | |
| Spencer C. Pittman ( Seasons Hospice, Inc., a Missouri Not for Profit Corporation) | |
| Winters & King, Inc. | |
| 2448 East 81st Street, Suite 5900 | |
| Tulsa, Oklahoma 74137-4259 | |
| **Phone:** 918-494-6868 | |
| **Fax:** 918-491-6297 | |
| **Email:** spencer@wintersking.com | |
| | |
| Jay David DeHardt ( Seasons Hospice, Inc., a Missouri Not for Profit Corporation) | |
| McQuain, DeHardt & Rosenbloom, PC | |
| 4505 Madison Avenue | |
| Kansas City, Missouri 64111 | |
| **Phone:** 816-531-0509 | |
| **Fax:** 816-751-0520 | |
| **Email:** dehardt@mdrlaw.com | |

**Basis of Jurisdiction:** 1. U.S. Government Plaintiff

**Citizenship of Principal Parties** (Diversity Cases Only)
    **Plaintiff:** N/A
    **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 151 Overpayment of Medicare Benefits
**Cause of Action:** 42 U.S.C. Sections 1395 et seq.; 42 U.S.C. Sections 301, et seq. Civil action for a preliminary injunction and permanent injunction to enjoin ongoing administrative collection actions.
**Requested in Complaint**
    **Class Action:** Not filed as a Class Action
    **Monetary Demand (in Thousands):** 0
    **Jury Demand:** No
    **Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** Jay D. DeHardt

**Date:** 09/23/2016

    If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.